Page 1509

1              UNITED STATES DISTRICT COURT

2              EASTERN DISTRICT OF MISSOURI

3                   EASTERN DIVISION

4

5    MANDY RICE, D.O.,

6    PLAINTIFF,

7

8    vs.                No.   4:19-CV-3166-SEP

9

10   ST. LOUIS UNIVERSITY,

11   CATHERINE M. WITTGEN, M.D.,

12   CARL A. FREEMAN, M.D., and

13   MICHAEL WILLIAMS, M.D.,

14   DEFENDANTS.

15

16   DEPOSITION OF MANDY RICE, D.O.

17   VOLUME V

18

19   TAKEN ON BEHALF OF DEFENDANT

20

21   JUNE 22, 2020

22

23   TINA M. STUMPF, RPR, CSR

24   MISSOURI CCR # 623

25

EXHIBIT A

Page 1726

1     A    It's pretty specific that I called him in

2   a lawsuit for harassing me and retaliating against

3   me.  And so --

4     Q    So you believe it's the lawsuit that

5   caused him to be upset and not want to participate

6   in that surgery with you?

7     A    One plus one equals two.

8     Q    Okay.  Um, let's take a look, if you

9   would, at paragraph J.

10         And by the way, by the time of that

11   incident that we looked at in I, you'd already been

12   told, um, you'd already been notified that you were

13   being non-renewed, correct?

14     A    Yes.  I was told --

15     Q    Okay.

16     A    -- I was fired on the 4th, I believe.

17     Q    You were told you were non-renewed and you

18   were offered a six-month contract, correct?

19     A    That's firing.  We've discussed that

20   before.

21         MR. BOHM:  Mandy, keep your voice up,

22   please.

23     A    That's firing.  We've discussed that

24   before.

25     Q    Paragraph 3J.  You essentially assert that

1    the decision to transfer you to another service

2    while Dr. Montenegro was covering acute care in May

3    of 2018 was retaliatory, correct?

4         A    Yes.

5         Q    And why do you believe that's the case?

6         A    I mean it's very obvious she doesn't want

7    to work with me.   There is no other reason to remove

8    a chief off of their service for one week while one

9    person's there and then move them back again.

10        Q    Anything else that leads you to believe

11   that it was retaliatory?

12        A    The fact that she didn't want to work with

13   me.

14        Q    In retaliation for what?

15        A    For standing up for myself, and for

16   complaining against the harassment, and bullying,

17   and discrimination that I underwent.

18        Q    And do you have any evidence that that's

19   the reason?

20        A    Logic.

21        Q    And, um, did you suffer any consequence as

22   a result of being moved off of that, um, service?

23        A    Uh, so that was future.   That was going to

24   happen.

25        Q    Right.

Page 1769

```
 1              CERTIFICATE OF REPORTER
 2          I, Tina M. Stumpf, Certified Court
 3     Reporter and Registered Professional Reporter,
 4     Notary Public within and for the State of
 5     Missouri, do hereby certify that the witness
 6     whose testimony appears in the foregoing
 7     deposition was duly sworn by me; the testimony
 8     of said witness was taken by me to the best of
 9     my ability and thereafter reduced to
10     typewriting under my direction; that I am
11     neither counsel for, related to, nor employed
12     by any of the parties to the action in which
13     this deposition was taken, and further that I
14     am not a relative or employee of any attorney
15     or counsel employed by the parties thereto, nor
16     financially or otherwise interested in the
17     outcome of the action.
18
19                   Tina M. Stumpf
20
21                   Notary Public within and for
22                        the State of Missouri
23     My commission expires March 28, 2022.
24
25
```